Kimberly, Appellant, *v.* Moodey.

Argued November 10, 1971. *Bernard S. Shire,* with him *Shire, Bergstein & Bialon,* for appellant; *Christ. C. Walthour, Jr.,* with him *Kunkle, Walthour and Garland,* for appellee.

Order affirmed.

SPAULDING, J., absent.

Kirby Electric Service, Inc., Appellant, *v.* Kraft Development Corporation.

Argued November 8, 1971. *Richard P. Jacob,* with him *William L. Jacob* and *William A. Jacob, Jr.,* for plaintiff, appellant; *Richard B. Tucker, Jr.,* with him *Donald P. Eriksen,* and *Tucker, Arensberg & Ferguson,* for defendant, appellee; *Stanley V. Ostrow,* with him *Kaplan, Finkel, Lefkowitz, Roth & Ostrow,* for intervening defendant, appellee.

Order affirmed.

SPAULDING, J., absent.